UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS SAVARESE, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Respondent. ) | CRIMINAL ACTION NO. 86-00251-NMG<br>CIVIL ACTION NO. 13-11086-NMG |

# REPORT AND RECOMMENDATION ON
# PETITION FOR WRIT OF CORAM NOBIS

February 18, 2014

DEIN, U.S.M.J.

## I. INTRODUCTION

Petitioner, Dennis J. Savarese, has brought a Petition for Writ of Coram Nobis[1] seeking to set aside a judgment entered pursuant to his guilty plea on January 21, 1987 to a charge of unlawful use of an access device (*i.e.*, credit card fraud) in violation of 18 U.S.C. § 1029(a)(2). United States v. Savarese, 86-cr-00251-C/NMG (the "1987 conviction"). Savarese contends that he was never advised during his Rule 11 colloquy conducted by Judge Caffrey of this court that his plea agreement was not binding on the court. Savarese was released from prison on this conviction on November 9, 1989.

---

[1] The Petition is listed on the Docket as a motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255. However, "[a] writ of coram nobis is a common-law remedy used to correct errors of fact, and a petition for the writ brings before the court that rendered the judgment under attack matters of fact which, if known at the time of judgment, would have prevented its rendition." United States v. Brimage, No. 12-11592-PBS, 2012 WL 5398471, at *2 (D. Mass. Oct. 31, 2012).

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 3/27/14*